UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MUHAMMAD RIVERS,

                    Petitioner,

    v.                                      9:08-cv-107

JOSEPH J. COSTELLO,

                    Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

        By Decision and Order dated June 17, 2009, familiarity with which is assumed, the Court denied Petitioner's motion and supplemental motion for a preliminary injunction. Petitioner has submitted an undated letter that was filed by the Court on September 28, 2009. Although the relief requested in the letter is unclear, the Court will treat the letter as a motion for reconsideration.

        Petitioner's letter is primarily directed to his claim that he is actually innocent of the crime to which he pleaded guilty. The letter does not address the reasons why the Court denied his motions for a preliminary injunction. Because Petitioner has not set forth any reasons warranting reconsideration, the motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated: September 29, 2009

                                                        Thomas J. McAvoy
                                                        Senior, U.S. District Judge